| | | | |
|---|---|---|---|
| Pennsylvania Nat'l Mut. Ins. Co. v. Strickland<br><br>Case below:<br>178 N.C. App. 547 | No. 454P06 | Defs' (Strickland, et al.) PDR Under N.C.G.S. § 7A-31 (COA05-1134) | Denied 01/25/07 |
| Presbyterian Hosp. v. N.C. Dep't of Health & Human Servs.<br><br>Case below:<br>177 N.C. App. 780 | No. 366P06 | 1. Petitioner's NOA Based Upon a Constitutional Question (COA05-905)<br><br>2. Petitioner's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *Ex Mero Motu* 01/25/07<br><br>2. Denied 01/25/07<br><br>**Hudson, J., Recused** |
| Ramirez v. Golden Corral<br><br>Case below:<br>176 N.C. App. 190 | No. 112P06 | Defs' PDR Under N.C.G.S. 7A-31 (COA05-587) | Denied 01/25/07 |
| Robbins v. Ingham<br><br>Case below:<br>179 N.C. App. 764 | No. 603P06 | 1. Plt's NOA Based Upon a Constitutional Question (COA05-1567)<br><br>2. Def's (Gamble) Motion to Dismiss Appeal<br><br>3. Plts' PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 01/25/07<br><br>3. Denied 01/25/07 |
| Rodgers v. Ingham<br><br>Case below:<br>179 N.C. App. 864 | No. 602P06 | 1. Plt's NOA Based Upon a Constitutional Question (COA05-1568)<br><br>2. Def's (Gamble) Motion to Dismiss Appeal<br><br>3. Plt's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 01/25/07<br><br>3. Denied 01/25/07 |
| Sea Ranch Owners Ass'n v. Sea Ranch II, Inc.<br><br>Case below:<br>180 N.C. App. 226 | No. 338P06 | Def's Motion to Dissolve Stay and Renewal of Motion to Deny Petition for Writ of Supersedeas (COA05-1528, COA05-1559 and COA05-1593) | Denied 12/01/06<br><br>**Martin, J., and Hudson, J., Recused** |
| Sellers v. Ochs<br><br>Case below:<br>180 N.C. App. 332 | No. 630P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-235) | Denied 01/25/07 |
| 6214 S. Blvd., LLC v. City of Charlotte<br><br>Case below:<br>178 N.C. App. 562 | No. 450P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-1477) | Denied 01/25/07 |